UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

ALISHA ROBBINS, AMBER GRANDSTAFF, DYLAN
RUTER, and AMANDA PETERS, on behalf of themselves
and all others similarly situated, known and unknown,

Plaintiffs,

v.                                                               Civil No. 15-cv-06340

BLAZIN WINGS, INC. d/b/a BUFFALO WILD WINGS,

Defendant.

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.2(c), notice is hereby given that Attorney Paul I. Perlman is withdrawing as local counsel of record for Defendant Blazin Wings, Inc. due to his retirement from the law firm Hodgson Russ LLP (local counsel for Blazin Wings, Inc.) as of December 31, 2017. Other attorneys from Hodgson Russ LLP (Robert J. Fluskey and Jessica L. Copeland) have already appeared and will continue as local counsel of record.

074986.00001 Business 16646420v1

I affirm that Blazin' Wings, Inc. has knowledge of and is in agreement with the change.

Dated: December 18, 2017

                                             HODGSON RUSS LLP

                                             By: _____
                                                Jessica L. Copeland
                                         140 Pearl Street, Suite 100
                                         Buffalo, New York 14203
                                         Direct Dial: (716) 848-1461
                                         Direct Facsimile: (716) 819-4626
                                         jcopelan@hodgsonruss.com