

# Werman Salas P.C.

77 West Washington Street, Suite 1402, Chicago, IL 60602  Tel: 312-419-1008  |  Fax: 312-419-1025  www.flsalaw.com

February 2, 2018

*Via Facsimile*
*(585) 613-4085*

Hon. Marian W. Payson
United States Magistrate Judge
U.S. Courthouse
100 State Street
Rochester, New York 14614



Re:  Alisha Robbins, et al v. Blazin Wings, Inc. d/b/a Buffalo Wild Wings
     Civil Action No. 15-06340

Dear Judge Payson:

I write on behalf of all parties in the above-referenced matter following the telephonic conference we had with the Court on February 1st. Pursuant to the Court's direction, Plaintiffs may have an additional 30-days to provide the opt-in discovery responses, such that 130 responses will be provided on each of February 12, March 12, and April 12, 2018. Plaintiffs will identify to Defendant the 130 opt-in Plaintiffs in each tranche two weeks before the March 12 and April 12 opt-in discovery deadlines (the list for the February 12 deadline already has been provided). Defendant has 30 days from the date Plaintiffs notify it of who will be in each tranche of discovery responses to produce documents applicable to the identified opt-in Plaintiffs under Section A, 1, (e) of the parties' Opt-in Discovery Protocol. Plaintiffs agree to work in good faith to advise Defendant of opt-ins subject to written discovery who have elected to withdraw from this case or are non-responsive, so that replacement opt-ins can be selected expeditiously.

Based on the understanding outlined above, Plaintiffs withdraw their motion for an extension of time and for a protective order. ECF No. 203. I respectfully request that the Court strike the March 7, 2017 oral argument hearing as moot.

Respectfully submitted,

Maureen A. Salas

Maureen A. Salas

MAS/ms

*Request granted.*
*So ordered.*
*2/5/18*