**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALISHA ROBBINS and AMBER GRANDSTAFF, on behalf of themselves and all others similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>BLAZIN WINGS, INC. d/b/a BUFFALO WILD WINGS,<br><br>Defendant. | Case No.: 6:15-cv-06340-CJS-MWP<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Philip K. Davidoff, Esq., an attorney of the law firm of FordHarrison LLP, hereby appears in connection with the above-referenced action on behalf of Defendant.

I certify that I am admitted to practice in this Court.

Dated:  June 20, 2018
           New York, New York


*/s/ Philip K. Davidoff*
Philip K. Davidoff, Esq.
FORDHARRISON LLP
*Attorneys for Defendants*
60 East 42nd Street, 51st Fl.
New York, NY 10165
Tel: (212) 453-5900
E-mail: PDavidoff@FordHarrison.com