# OUTTEN & GOLDEN LLP

Advocates for Workplace Fairness

**RECEIVED**

September 21, 2018

**SEP 2 5 2018**

**Via Fax and FedEx**
The Honorable Charles J. Siragusa
United States District Court, W.D.N.Y.
100 State Street
Rochester, New York 14614
Fax: (585) 613-4055

CHARLES J. SIRAGUSA
United States District Judge
Western District of New York

Re:   *Robbins, et al. v. Blazin Wings, Inc. d/b/a Buffalo Wild Wings*,
      Case No. 15-06340 (CJS)(MWP)

Dear Judge Siragusa:

Along with our co-counsel, Werman Salas P.C., we represent Plaintiffs in the above-referenced matter. Pursuant to the Court's September 17, 2018 Order, ECF No. 244, we write jointly with Defendant to advise the Court that the parties have reached a settlement in principle in the above-referenced case. The parties respectfully request that the Court terminate all pending hearings and deadlines. The parties propose that, no later than October 26, 2018, they will submit a joint status report updating the Court on the status of their settlement agreement.

We thank the Court for its assistance with this matter.

Respectfully submitted,

Sally J. Abrahamson

cc: Magistrate Judge Marian W. Payson (via fax)
    All Counsel of Record (via e-mail)

SO ORDERED

CHARLES J. SIRAGUSA
U.S. District Judge
DATE 9-27-18

**New York**   685 Third Avenue  25th Floor   New York, NY 10017   Tel (212) 245-1000   Fax (646) 509-2060
**Chicago**   161 N Clark Street  Suite 1600   Chicago, IL 60601   Tel (312) 809-7010   Fax (312) 809-7011
**San Francisco**   One California Street  12th Floor   San Francisco, CA 94111   Tel (415) 638-8800   Fax (415) 638-8810
**Washington DC**   601 Massachusetts Avenue NW  Suite 200W   Washington, DC 20001   Tel (202) 847-4400   Fax (202) 847-4410

www.outtengolden.com